IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

UNITED STATES OF AMERICA,           )
                                    )
              Petitioner,           )
                                    )
          v.                        )  Civil Action No. 08-1439
                                    )
JEROME KOOTMAN,                     )
                                    )
              Respondent,           )
                                    )
                         ( *Amended* )
                         ORDER TO SHOW CAUSE

     Upon the petition of the United States, and the declaration

and summons attached thereto, it is hereby

     ORDERED that respondent, Jerome Kootman, appear before the

District Court of the United States for the District of New

Jersey, in that branch thereof presided over by the Honorable

_____, the undersigned, in the Martin

Luther King Building & U.S. Courthouse, 50 Walnut Street,

Newark, NJ 07101, at ___10:30___ on the _2nd_ day of

___June___, 2008, at Courtroom _5C_, to show cause

why respondent should not be compelled to comply with the

Internal Revenue Service summons served on respondent on January

3, 2007.  It is further

     ORDERED that a copy of this Order, together with the

petition and Exhibits thereto, be personally served on Jerome

Kootman by an official of the Internal Revenue Service within thirty (30) days of the date of this Order.  It is further

ORDERED within 5 days of service of copies of this Order, the petition and Exhibits thereto, respondent shall file and serve a written response to the petition.  That if respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing.  Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted; and further

ORDERED that if respondent has no objection to compliance with the summons, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Entered this 25th day of April , 2008.

BY THE COURT:

JUDGE, UNITED STATES DISTRICT COURT

- 3 -